No. 39889.—Protests 800768–G, etc., of Avelino Ferreiro (San Juan).

Opinion by EVANS, J.   On the authority of *Malgor* v. *United States* (T. D. 49061) the protests were sustained.

No. 39890.—Protests 850765–G, etc., of Manahan Chemical Co. (New York).

Opinion by EVANS, J.   In accordance with stipulation of counsel and in view of T. D. 49153 the protests were sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 18, 1938

No. 39891.—Protests 638464–G, etc., of E. Dillingham, Inc., et al. (Ogdensburg).

Opinion by McCLELLAND, P. J.   In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken on the number of board feet actually imported.

BEFORE THE SECOND DIVISION, NOVEMBER 18, 1938

No. 39892.—Protests 949264–G, etc., of L. Bamberger & Co. (New York).

Opinion by TILSON, J.   It was established that there was no braid on certain items of the merchandise in question.   They were therefore held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115.

No. 39893.—Protest 917156–G(B) of Calvaire, Inc. (New York).

Opinion by TILSON, J.   Knit wool outerwear similar to that involved in Abstract 36548 was held dutiable at the appropriate rate under paragraph 1114 as claimed.